

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Chicago Regional Council of carpenters Pension Fund et al. v.
Zelazo Builders, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**07CV6964**
**JUDGE DOW**
**MAG. JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print) <br> Raymond J. Sanguinetti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM <br> Whitfield, McGann & Ketterman | FILED <br> DEC 11 2007 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS <br> 111 E. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6244798 | TELEPHONE NUMBER <br> (312) 251-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |