IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, and THEIR TRUSTEES,<br><br>          Plaintiffs,<br><br>v.<br><br>ZELAZO BUILDERS, INC.<br><br>          Defendant. | 07 C 6964<br><br>Judge Dow<br><br>Mag. Judge Schenkier |

**STIPULATION OF DISMISSAL**

Plaintiffs, CHICAGO REGIONAL COUNCIL OF CARPENTERS FRINGE BENEFIT FUNDS, and Defendants, ZELAZO BUILDERS, INC., by their attorneys, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation this matter may be dismissed without prejudice with leave to reinstate on or before July 1, 2008, after which time the dismissal shall be with prejudice each party to bear its own costs and fees.

Dated: March 13, 2008

s/ Raymond J. Sanguinetti
Mr. Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Telephone: 312/251-9700
Fax: 312/251-9701

s/ Kathleen M. Cahill
Kathleen M. Cahill, Esq.
Attorneys for Defendant
Allocco & Miller
3409 North Paulina Street
Chicago, IL 60657
Telephone: 773/868-4841
Fax: 773/529-2853