# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Chicago Regional Council of Carpenters Pension
Fund, et al.

                                            Plaintiff,

v.                                         Case No.: 1:07–cv–06964

                                         Honorable Robert M. Dow
                                         Jr.

Zelazo Builders, Inc.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Pursuant to Stipulation to Dismiss [11], the above−entitled case is hereby dismissed without prejudice with leave to reinstate on or before 7/1/08, after which time the dismissal shall be with prejudice each party to bear its own costs and fees. Status hearing date of 3/20/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.